Submitted on record and briefs October 4, affirmed December 13, 1995, petition for review denied April 9, 1996 (323 Or 136)

SHELDON WILBERT MARTIN,
*Appellant,*

*v.*

G. H. BALDWIN,
Superintendent,
Eastern Oregon Correctional Institution,
*Respondent.*

(CV 93-0758; CA A85796)

906 P2d 868

Michael E. Rose filed the brief for appellant.

Theodore R. Kulongoski, Attorney General, Virginia L. Linder, Solicitor General, and David B. Thompson, Assistant Attorney General, filed the brief for respondent.

Before Riggs, Presiding Judge, and Landau and Leeson, Judges.

PER CURIAM

**PER CURIAM**

Petitioner argues that he is entitled to post-conviction relief because he was indicted by a grand jury that was constitutionally inadequate, in that the grand jury was reduced in size to fewer than seven members without notice to him. Even assuming that the indictment was constitutionally defective, that defect, if any, does not constitute a basis for post-conviction relief. *Goodwin v. State of Oregon,* 125 Or App 359, 363, 866 P2d 466 (1993), *rev den* 319 Or 80 (1994).

Affirmed.